UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES C. ALEXANDER,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-3017** |
| **BP EXPLORATION & PRODUCTION INC., ET AL.,**  Defendants | **SECTION: "E" (1)** |

### ORDER AND REASONS

Before the Court is a motion *in limine* to exclude the opinions of James C. Alexander's ("Plaintiff") general causation expert, Dr. Jerald Cook ("Cook"), filed by BP Exploration & Production, BP America Production Company, and BP p.l.c. (collectively "Defendants").[1] Also before the Court is the Defendants' motion for summary judgment.[2] Plaintiff has filed oppositions to both motions, and Defendants have filed replies. To the extent Plaintiff's opposition to Defendants' motion *in limine* makes arguments that sound in spoliation, the Court construes those arguments as a spoliation motion similar to those filed separately in other B3 cases.[3] The Court is prepared to rule on pending motions herein.

Defendant's motion *in limine* and motion for summary judgment are nearly identical to the ones filed by Defendants, and granted by this Court, in other B3 cases.[4] Likewise, Plaintiff's arguments construed as a spoliation motion are nearly identical to

---

[1] R. Doc. 68. Halliburton Energy Services, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc., and Transocean Offshore Deepwater Drilling, Inc., additional Defendants, join in the motion *in limine*.
[2] R. Doc. 69. Halliburton Energy Services, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc., and Transocean Offshore Deepwater Drilling, Inc., additional Defendants, join in the motion for summary judgment.
[3] *See, e.g.*, *Bruton v. BP Exploration & Production, Inc., et al.*, Civ. A. 17-3110 at R. Doc. 107 (E.D. La. 11/30/2022) (Morgan, J.).
[4] *See id.*; *Harrison v. BP Exploration & Production, Inc, et al.*, Civ. A. 17-4346 at R. Doc. 85 (7/1/2022) (Morgan, J.).

1

the ones filed by other B3 Plaintiffs, and denied by this Court, in other B3 cases.[5]

Accordingly, for the reasons stated in the Orders & Reasons issued in the cited B3 cases;

**IT IS ORDERED** that the motion *in limine* is **GRANTED**.

**IT IS FURTHER ORDERED** that, to the extent the Plaintiff's arguments are construed as a spoliation motion, the spoliation motion is **DENIED**.

**IT IS FURTHER ORDERED** that the motion for summary judgment is **GRANTED**. Judgment is granted in favor of Defendants BP Exploration & Production, BP America Production Company, BP p.l.c., Halliburton Energy Services, Inc., Transocean Holdings LLC, Transocean Deepwater, Inc., and Transocean Offshore Deepwater Drilling, Inc., and against Plaintiff on all claims.

**New Orleans, Louisiana, this 25th day of May, 2023.**

                                          **SUSIE MORGAN**
                           **UNITED STATES DISTRICT JUDGE**

---

[5] *Bruton*, Civ. A. 17-3110 at R. Doc. 107.